

# Aiken Department of Public Safety
## Commendation/Complaint Form

**Instructions:** The supervisor taking the report shall forward a copy of the report to the Director's office and to the employee's immediate supervisor. Upon completion, investigating supervisors shall forward the supervisor's copy and all related documents to the Director's office. Commendations shall be forwarded directly to the Director.

*** All Complaints May be Subject to Public Disclosure ***

Nature of Report:   Commendation [ ]    Complaint [X]
Supervisor Taking Report: __Daymon L. Spann__    Date: __10/3/14__  Time: __1730__
In Person [X]    Telephone [ ]    Letter [ ]    Anonymous [ ]

Incident Location: __Williamsburg St. / Richland → Horry / Richland__
Incident Date: __10/2/14__    Incident Time: __1330__    Case # (if assigned): _____

Name of Person Making Report: __Lakey S. Hicks / Elijah Pontoon__   Phone: (H) __443-3838__   (W) _____
Address: __652-A Union Church Rd.__

### ***Officer(s) or Employee(s) Involved***

| Name(s) | | Rank |
|---|---|---|
| Medlin, Chris | | Cpl. |
| Smith, Clark | | Cpl. |

### ***Witness(es)***

| Name(s) | Address | Phone |
|---|---|---|
| | | |

**Description of Alleged Incident:** On Thursday 10/2/14 around 1330, Cpl. Medlin stopped a white Honda Accord (95) around Richland Ave. and Williamsburg St. Cpl. Medlin advised the driver, Lakey Hicks, he was stopping her because of her paper tag. He requested ID from the passenger, Elijah Pontoon, also. Mr. Pontoon and Ms. Hicks state that Cpl. Medlin knew Mr. Pontoon from a prior DUS charge and stated that as his reason to search their person and their car. They also report that Cpl. Smith and his K-9 came to the scene and the K9 did walk around the car as well. They report that Cpl. Medlin placed both of them in separate patrol cars, not in handcuffs, while he searched their car. Mr. Pontoon states that he was then removed from the patrol car, handcuffed and his person searched. He states Cpl. Medlin pulled his pants down and gave him a cavity search of his rectum, even asking another officer to ~~took~~ put on gloves and assist. Both complainants report they were eventually released with written warnings for contact only, but that they feel as though their civil rights had been violated.

EAP    LSH

ATTACHMENTS: **None** [X]   Statements [ ]   Evidence [ ]   Other [ ] _____

COMPLAINT FORWARDED TO: **Employee's Supervisor** [X]   Director's Office [ ]

White - Director's Copy         Yellow - Complainant's Copy         Tan - Supervisor's Copy