# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

## AIKEN DIVISION

| | | |
|---|---|---|
| Elijah Pontoon and Lakeya Hicks, | ) | Civil Action Number: |
| | ) | 1:15-04697-JMC-PJG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF PARTIAL** |
| | ) | **DISMISSAL,** |
| Chris Medlin, Clark Smith, Penny Shultz, Brian | ) | **WITH PREJUDICE,** |
| Hall, Charles Barranco, both individually and in | ) | **OF DEFENDANTS MEDLIN, SMITH,** |
| his official capacity as the Director of the Aiken | ) | **SHULTZ, HALL, AND BARRANCO** |
| Department of Public Safety, Aiken Department | ) | |
| of Public Safety and the City of Aiken, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, hereby stipulate, pursuant to Fed.R.Civ.P. 41, to the dismissal, with prejudice, of any and all claims against Defendants Medlin, Smith, Shultz, Hall, and Barranco (in his individual capacity) in the above-captioned matter.

Furthermore, as of the signing of this Stipulation, all parties agree to bear their own costs and fees.

**WE SO STIPULATE:**

*s/ Robert V. Phillips*
Robert V. Phillips, Fed ID # 7653
*Counsel for Plaintiffs*

*s/ Daniel C. Plyler*
Daniel C. Plyler, Fed ID # 9762
*Counsel for Defendants Medlin, Smith, Shultz, Hall, and Barranco (individual capacity)*

*s/ David L. Morrison*
David L. Morrison, Fed ID # 3581
*Counsel for Defendants City of Aiken, Aiken Department of Public Safety, and Barranco (official capacity)*

July 20, 2017